# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY JOHNSON,

    Plaintiff,

v.

DOUGLAS KRUS, *et al.*,

    Defendants.

Case No. 17-cv-237-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: June 29, 2018

    **JUSTINE FLANAGAN,**
    **Acting Clerk of Court**

    BY:   s/Tina Gray
           **Deputy Clerk**

**Approved:**
*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**